IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MAHER SOLIMAN,

    Plaintiff,

  v.

L-3 COMMUNICATIONS CORPORATION, et al.,

    Defendants.
                                   /

No. C 08-04838 WHA

**ORDER RE REQUEST TO EXTEND TIME**

     Plaintiff, acting *pro se*, has filed a motion to remand and defendants have filed a motion to dismiss without prejudice for improper venue. The hearing on both motions is scheduled for December 18, 2008. Defendants filed an emergency motion to extend the deadline for their reply brief in support of their motion to dismiss from December 4 to December 8. Plaintiff did not serve or e-file his opposition to the motion, defendants explain, but instead simply mailed it to defendants over Thanksgiving weekend. Defendants did not receive the opposition until December 1, and defendants' reply brief is due three days later. Defendants indicate that they attempted promptly to contact plaintiff and, just today, plaintiff indicated that he does not oppose the extension. Good cause for the extension having been shown, the requested extension is **GRANTED**, and defendants' reply brief is due December 8, 2008.

Dated: December 4, 2008

                                                        WILLIAM ALSUP
                                                        UNITED STATES DISTRICT JUDGE