United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MAHER SOLIMAN,

    Plaintiff,

  v.

L-3 COMMUNICATIONS CORPORATION, et al.,

    Defendants.
                            /

No. C 08-04838 WHA

**ORDER VACATING DECEMBER 18 HEARING ON CROSS-MOTIONS FOR REMAND AND DISMISSAL**

     In this Title VII action, plaintiff, who is acting *pro se* (but holds a J.D. degree) alleges, *inter alia*, breach of contract, employment discrimination and retaliation claims against defendant, for whom plaintiff worked as an Arabic-language linguist. Defendant filed a motion to dismiss without prejudice for improper venue, and plaintiff filed a motion to remand the complaint to state court. A hearing on both motions is scheduled for December 18, 2008. Plaintiff requests that the hearing be vacated and the motions be jointly decided on the papers, because plaintiff is currently undergoing training and screening by the Department of Defense on the East Coast. Because the Court finds that a hearing on the motions is unnecessary, the December 18 hearing is hereby **VACATED** and both motions will be decided on the papers.

     **IT IS SO ORDERED.**

Dated: December 12, 2008

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE